UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-22527-CIV-HIGHSMITH
Magistrate Judge Dubé

JIM E. ASHWORTH, JR.
S.S.N. 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,

    Plaintiff,

v.

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE is before the Court for review of the Report and Recommendation ("R&R") issued by Magistrate Judge Robert L. Dubé [DE 19] concerning the parties' Motions for Summary Judgment. This disability case was brought before this Court for a determination whether the record contained substantial evidence to support the Social Security Administrative Law Judge's ("ALJ") findings and whether the correct legal standards were applied. Upon careful consideration, Magistrate Judge Dubé concluded that there was insufficient evidence to support the ALJ's decision and the correct legal standards were <u>not</u> applied, and recommended that the Plaintiff's Motion for Summary Judgment be GRANTED, in part, and that the Defendant's Motion for Summary Judgment be DENIED. Magistrate Judge Dubé further recommended that this cause be REVERSED and REMANDED for further proceedings consistent with his R&R.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

After a careful de novo review of the R&R, the case file, and the pertinent authorities, the Court concurs with Magistrate Judge Dubé's findings and analysis and hereby ADOPTS the R&R in its entirety. Accordingly, it is hereby

ORDERED AND ADJUDGED that, Plaintiff's Motion for Summary Judgment be GRANTED, in part, and that the Defendant's Motion for Summary Judgment be DENIED.

IT IS FURTHER ORDERED AND ADJUDGED that this cause be REVERSED and REMANDED for further proceedings consistent with Magistrate Judge Dubé's R&R.

This case is CLOSED. Any pending motions are DENIED as MOOT.

DONE AND ORDERED in Chambers, at Miami, Dade County, Florida, this 21 day of March 2007

SHELBY HIGHSMITH
UNITED STATES DISTRICT JUDGE

cc:   Magistrate Judge Robert L. Dubé
      All counsel of record