UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-22527-CIV-HIGHSMITH
Magistrate Judge Dubé

JIM E. ASHWORTH, JR.,

    Plaintiff,

v.

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER ADOPTING IN PART REPORT AND RECOMMENDATION AND GRANTING PETITION FOR ATTORNEY'S FEES

THIS CAUSE is before the Court for review of the Report and Recommendation ("R&R") issued by Magistrate Judge Robert L. Dubé [DE 25] concerning the Plaintiff's Petition for Attorney's Fees. Upon careful consideration, Magistrate Judge Dubé concluded that the Plaintiff should be entitled to recover for 11.6 hours of work, resulting in a total recovery of $1,898.92 as attorney's fees payable directly to his attorney, Lilli W. Marder. However, since the R&R was issued, the Eleventh Circuit has ruled, in Reeves v. Astrue, 526 F.3d 732 (11th Cir. May 5, 2008) that attorney fees in Social Security cases are awarded to the prevailing party, not to the party's attorney.

After a careful de novo review of the R&R, the case file, and the pertinent authorities, the Court ADOPTS the R&R, in part, and grants the Petition for Attorney's Fees.

Accordingly, it is hereby

ORDERED AND ADJUDGED that, Plaintiff's Petition for Attorney's Fees is GRANTED. The Plaintiff, not Plaintiff's counsel, shall recover from Defendant the amount of $1,898.92 in attorney's fees.

DONE AND ORDERED in Chambers, at Miami, Dade County, Florida, this <u>16th</u> day of June, 2008.

*[signature]*
SHELBY HIGHSMITH
UNITED STATES DISTRICT JUDGE

cc:   Magistrate Judge Robert L. Dubé
      All counsel of record